No. 80–1994.  NASH COUNTY BOARD OF EDUCATION *v.* BILTMORE CO. ET AL., *ante,* p. 878;

No. 80–2114.  LOCHIATTO ET AL. *v.* FLORIDA, *ante,* p. 880;

No. 81–98.  COOK ET AL. *v.* UNITED STATES, *ante,* p. 894;

No. 81–112.  MICHAEL *v.* UNITED STATES, *ante,* p. 950;

No. 81–284.  CAMPBELL *v.* WASHINGTON ET AL., *ante,* p. 897;

No. 81–368.  RADIO BROADCASTING CO. *v.* FRANKLIN TOWN CORP. ET AL., *ante,* p. 941;

No. 81–443.  NICHOLLS *v.* NASH ET AL., *ante,* p. 942;

No. 81–5129.  DEFALCO *v.* UNITED STATES, *ante,* p. 942;

No. 81–5132.  BUSSE *v.* UNITED STATES, *ante,* p. 971;

No. 81–5336.  MARTIN *v.* NORTH CAROLINA, *ante,* p. 933; and

No. 81–5372.  BARFIELD *v.* NORTH CAROLINA, *ante,* p. 957.  Petitions for rehearing denied.

## DECEMBER 11, 1981

No. A–480 (81–1042).  CLEMENTS ET AL. *v.* LOGAN. C. A. 4th Cir.  Application for stay, presented to JUSTICE REHNQUIST, and by him referred to the Court, denied.  The temporary stay order heretofore entered by JUSTICE REHNQUIST on December 9, 1981 [*post,* p. 1304], is vacated.

## DECEMBER 14, 1981

No. 81–367.  NEILSON *v.* OKLAHOMA.  Appeal from Ct. Crim. App. Okla. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–734.  CENTRAL AVENUE NEWS, INC., ET AL. *v.* CITY OF MINOT ET AL.  Appeal from Sup. Ct. N. D. dismissed for want of substantial federal question.